UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARIE FLAHERTY,

        Plaintiff,

-v-                                                   No. 03 Civ. 2167 (LTS)(HBP)

JASON FILARDI et al.,

        Defendants.
-----------------------------------------------------------x

### ORDER

        The Court has filed under seal docket entry nos. 167 and 168 in the above-captioned action. Plaintiff is directed to re-file the affirmations and those exhibits that are not designated as "Confidential" or "Highly Confidential" contained in docket entry nos. 167 and 168 in the public file.

        SO ORDERED.

Dated: New York, New York
       July 1, 2009

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge

Copies mailed/faxed to All parties
Chambers of Judge Swain
7-2-09