UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MARIE FLAHERTY,

       Plaintiff,

  -v-                                                                No. 03 CV 2167-LTS

JASON FILARDI et al.,

       Defendants.

-------------------------------------------------------x

              ORDER IN RESPONSE TO JUNE 15, 2021, LETTER FROM PLAINTIFF MARIE FLAHERTY

              On June 16, 2021, the Court received a letter dated June 15, 2021, from pro se Plaintiff, Marie Flaherty ("Ms. Flaherty") requesting access to the publicly filed documents in the above-captioned case. (See docket entry no. 392.) Ms. Flaherty writes that she has been informed by the Records Department at the United States District Court for the Southern District of New York that the case files she requests are in the courthouse's archive facility in the Midwest, and that "only requests [for documents from the Midwest facility] from Judges for current/immediate/emergency situations are being considered at this time." (Id. at 1.) Accordingly, Ms. Flaherty requests the Court to issue an order authorizing her request for the delivery of the archived case file in the above-captioned case. (Id. at 2.) Ms. Flaherty states that "time is of the essence" for her ability to retrieve the case file "because the case file . . . is the subject of and/or relevant to impending and current litigation and state and federal investigations that are subject to time limits." (Id.) (emphasis omitted).

              In light of the fact that the archival record retrieval continues to be available only on a limited, emergency basis, Ms. Flaherty is directed to file an affidavit by **June 25, 2021**,

clarifying and further substantiating the urgent nature of her need for access to the records at issue, and identifying the time frame in which she urgently needs such access.

Defense counsel is directed to email a copy of this order to Ms. Flaherty at MarieFlaherty.Writer@gmail.com.

SO ORDERED.

Dated: New York, New York
June 17, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Copy Mailed to:

Marie Flaherty, Esq.
1 Stuyvesant Oval
#12G
New York, NY 10009